```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION
```

UNITED SPECIALTY INSURANCE COMPANY,

    Plaintiff,

v.                            Case No:  2:23-cv-187-JES-KCD

BONITA SHORES CONSTRUCTION, INC., J.L. WALLACE, INC., and AVE MARIA UNIVERSITY,

    Defendants.

---

## ORDER

This matter comes before the Court on plaintiff's Notice of Voluntary Dismissal of Action (Doc. #7) filed on April 24, 2023. No answer or motion for summary judgment has been filed by any of the defendants. Therefore, a voluntary dismissal is appropriate.

Accordingly, it is now

**ORDERED AND ADJUDGED:**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), this action is **DISMISSED** without prejudice. The Clerk shall close the file.

**DONE and ORDERED** at Fort Myers, Florida, this __24th__ day of April 2023.

                                                _____
                                                JOHN E. STEELE
                                                SENIOR UNITED STATES DISTRICT JUDGE

Copies to: Parties of record